NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM B. GROSECLOSE,**
*Petitioner,*

v.

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2011-3078

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. SF1221080524-B-1 and SF1221080635-B-1.

---

## ON MOTION

---

Before NEWMAN, *Circuit Judge.*

### ORDER

William B. Groseclose moves for an extension of time to file his brief, and for leave to exceed the permitted page limitation for his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted and his brief is accepted for filing.

(2) The respondent should calculate its brief due date from the date of filing of this order.

FOR THE COURT

JUN 3 0 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  William B. Groseclose
     Joshua A. Mandlebaum, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 3 0 2011

JAN HORBALY
CLERK